# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Roderick L. Hymon,

    Plaintiff

v.

Doe, et al.,

    Defendants

Case No.: 2:23-cv-01765-JAD-BNW

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF No. 3]

On November 9, 2023, the magistrate judge screened plaintiff Roderick L. Hymon's complaint and recommended that it be dismissed without prejudice, with leave to file an amended complaint by December 9.[1] Hymon had fourteen days after being served with the report and recommendation to object, and he neither filed objections nor moved to extend the deadline to do so. And while Hymon filed a notice of appeal on November 22, that is not an objection.[2] Even if I were to liberally construe it as an objection, Hymon argues only that the magistrate judge is not impartial—he does not raise substantive objections to the report and recommendation (R&R).[3] Having reviewed the R&R, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 3] is ADOPTED** in its entirety. The complaint **is DISMISSED** without prejudice, Hymon has until December 9, 2023, to file an amended complaint to cure the deficiencies identified in the R&R [ECF No. 3]. Failure to do so will result in the dismissal of this case <u>with prejudice</u> without further prior notice.

_____
U.S. District Judge Jennifer A. Dorsey
December 5, 2023

---

[1] ECF No. 3.

[2] ECF No. 5.

[3] *Id.*